IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALLEN SMITH**   **PLAINTIFF**

v.   Case No. 3:18-cv-00240 BSM

**CITY OF POCAHONTAS, et al.**   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of January 2020.

_____
UNITED STATES DISTRICT JUDGE